ORIGINAL

BURKE, WILLIAMS & SORENSEN, LLP
Stephen H. Galton (SBN 046732)
    sgalton@bwslaw.com
Keiko J. Kojima (SBN 206595)
    kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:  213.236.0600
Facsimile:  213.236.2700

Attorneys for Defendants Provident Life and Accident Insurance Company and Unum Group

FILED
2008 JUN 12  AM 10: 06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____YMK_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MILLER, M.D., <br><br>         Plaintiff, <br><br> v. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; UNUMPROVIDENT CORPORATION; and DOES 1 through 10, inclusive, <br><br>         Defendants. | Case No. '08 CV 1041 LAB LSP <br><br> **NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Defendant Provident Life and Accident Insurance Company is a subsidiary of Unum Group.  Unum Group is a publicly-traded company.  No individual or entity owns ten percent or more of Unum Group's stock.

Dated: June 12, 2008

Burke, Williams & Sorensen, LLP
Stephen H. Galton
Keiko J. Kojima

By: _____
Stephen H. Galton
Attorneys for Defendants Provident Life and Accident Insurance Company and Unum Group

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-7229-7218 v1                - 1 -                NOTICE OF PARTY WITH FINANCIAL INTEREST

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 12, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s): **NOTICE OF PARTY WITH FINANCIAL INTEREST**; in a sealed envelope, postage fully paid, addressed as follows:

Donahue & Horrow LLP
Michael B. Horrow (SBN 162917)
222 N. Sepulveda Blvd., 20th Floor
El Segundo, CA 90245
Tel: (310) 335-2006
Fax: (310) 335-2001
Email: mhorrow@donahuehorrow.com

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 12, 2008, at Los Angeles, California.

*Barbara W. Jeong*
Barbara W. Jeong

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-0112-1026 v1