BURKE, WILLIAMS & SORENSEN, LLP
Stephen H. Galton (SBN 046732)
    sgalton@bwslaw.com
Keiko J. Kojima (SBN 206595)
    kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendants Provident Life and Accident
Insurance Company and Unum Group

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MILLER, M.D., <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; UNUMPROVIDENT CORPORATION; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 08 CV 1041 LAB LSP <br><br> **JOINT MOTION TO PERMIT TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** <br><br> Date: August 11, 2008 <br> Time: 2:00 p.m. |

    Plaintiff Howard Miller, M.D. and Defendants Provident Life and Accident Insurance Company ("Provident") and Unum Group ("Unum") (collectively "Defendants"), by and through their respective counsel of record, hereby jointly move and agree as follows:

    1.    An early neutral evaluation conference has been scheduled on August 11, 2008 at 2:00 p.m. before Magistrate Judge Leo S. Papas. The conference requires the personal appearance of lead counsel and parties with full and unlimited authority to negotiate and settle.

    2.    Defendants are out-of-state entities based in Chattanooga, Tennessee. Defendants' representative with full and unlimited authority to negotiate and settle,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-3101-6706 v1      - 1 -      CASE NO. 08 CV 1041 LAB LSP
JOINT MOTION TO PERMIT TELEPHONIC
APPEARANCE AT ENE CONFERENCE

1  Donald J. Sapala, Unum's Vice-President and Managing Attorney, is unable to
2  personally attend the conference on August 11 by reason of calendar conflicts.  He
3  can, however, participate in the conference by telephone.
4      3.   The parties hereby jointly move to permit Defendants' representative
5  to appear telephonically on August 11.
6      The Court is respectfully requested to grant the joint motion.

Dated:  June 20, 2008

Donahue & Horrow LLP
Michael B. Horrow


By: */s/ Michael B. Horrow, as authorized on June 20, 2008*
Michael B. Horrow
Attorneys for Plaintiff Howard Miller, M.D.

Dated:  June 20, 2008

Burke, Williams & Sorensen, LLP
Stephen H. Galton
Keiko J. Kojima


By: */s/ Stephen H. Galton*
Stephen H. Galton
Attorneys for Defendants Provident Life and Accident Insurance Company and Unum Group

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4844-3101-6706 v1

- 2 -

CASE NO. 08 CV 1041 LAB LSP
JOINT MOTION TO PERMIT TELEPHONIC
APPEARANCE AT ENE CONFERENCE

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On June 20, 2008, I served a copy of the following document(s): **JOINT MOTION TO PERMIT TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** on the interested parties in this action by placing a true and correct copy of such document(s), enclosed in a sealed envelope, addressed as follows:

Michael B. Horrow
Donahue & Horrow LLP
222 N. Sepulveda Blvd., 20th Floor
El Segundo, CA 90245
Tel: (310) 335-2006
Fax: (310) 335-2001
Email: mhorrow@donahuehorrow.com

☐ following ordinary business practices, by placing the document(s) listed above in a sealed envelope and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

☐ by placing the document(s) listed above in a sealed [_____] envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a [_____] agent for delivery.

☒ by electronic service of the document(s) through the Court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 20, 2008, at Los Angeles, California.

*Barbara W. Jeong*
Barbara W. Jeong

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4828-4196-3778 v1