**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MILLER                           v. PROVIDENT LIFE                    No. 08-1041-LAB(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr.

Attorneys

    Plaintiffs                                                                  Defendants

Joint Motion to Permit Telephonic Appearance at Early Neutral Evaluation Conference (Doc. # 5) is DENIED as moot.

DATED: June 23, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge