**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MILLER                          v.  PROVIDENT LIFE                No. 08-1041-LAB(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr.

Attorneys

Plaintiffs                                                    Defendants

The date and time of the Early Neutral Evaluation Conference on August 13, 2008 at 2:00 PM is vacated and reset for August 12, 2008 at 9:00 AM.

Counsel shall participate by telephone conference call. The Court will initiate the telephone conference call.

DATED: August 6, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge